UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| JMT CAPITAL HOLDINGS, LLC, | No. C 15-00291 LB |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS AS MOOT** |
| v. | |
| DOUGLAS W. JOHNSON, et al., | |
| Defendants. | [Re: ECF No. 10] |

On January 21, 2015, Plaintiff filed a complaint against Defendants. (Complaint, ECF No. 1.) On February 5, 2015, Defendants answered the complaint and brought two counterclaims against Plaintiff. (Original Answer and Counterclaim, ECF No. 6.) On February 26, 2015, Plaintiff moved to dismiss Defendants' counterclaims. (Motion to Dismiss, ECF No. 10.) On February 27, 2015, presumably in response to Plaintiff's motion, Defendants filed an amended answer that omits their counterclaims. (Amended Answer, ECF No. 12.) Defendants' amended answer, then, moots Plaintiff's motion. Accordingly, the court denies Plaintiff's motion to dismiss as moot.[1]

**IT IS SO ORDERED.**

Dated: March 9, 2015

_____
LAUREL BEELER
United States Magistrate Judge

---

[1] Pursuant to Civil Local Rule 7-1(b), the court finds this matter suitable for determination without oral argument and vacates the April 2, 2015 hearing.