**PRINCE, YEATES & GELDZAHLER**
Adam S. Affleck (California State Bar No. 170996)
    asa@princeyeates.com
15 West South Temple, Suite 1700
Salt Lake City, Utah 84101
Telephone: (801) 524-1000
Facsimile: (801) 524-1098

*Attorneys for Plaintiff JMT Capital Holdings, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JMT Capital Holdings, LLC | Case Number: 3:15-cv-00291-LB |
| Plaintiff, | ~~[Proposed]~~ **ORDER OF DISMISSAL** |
| vs. | Magistrate Judge Laurel Beeler |
| Douglas W. Johnson and Peter D. Johnson | |
| Defendants. | |

Based upon the parties' Stipulation to Dismiss with Prejudice, and for good cause, the Court ORDERS that the above-captioned action is dismissed with prejudice and on the merits. Each party is to bear their own attorney fees and costs.

IT IS SO ORDERED.

Dated __December 9__, 20_15_.

_____
Honorable Laurel Beeler
Magistrate Judge

Order of Dismissal – 3:15-cv-00291-LB